HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA A. CHATMAN, | ) Case No: C08-05535 JW RS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, October 5, 2009 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (4) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|  | Authorization granted by<br>Amita Tracy in Mr. Grooms<br>absence. |
| Dated: August 28, 2009 | /s/<br>ODELL GROOMS<br>Special Assistant U.S. Attorney |

Dated: August 28, 2009                          /s/
                                                HARVEY P. SACKETT
                                                Attorney for Plaintiff
                                                PATRICIA A. CHATMAN

IT IS SO ORDERED.

Dated:   September 1, 2009                      /s/ James Ware
                                                HON. JAMES WARE
                                                United States District Judge

2

STIPULATION AND ORDER