HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA A. CHATMAN, | Case No: C08-05535 JW RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (14) days up through and including Monday, October 19, 2009 in which to e-file her Motion for Summary Judgment.  This extension is necessitated by the number of other cases (6) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

```
                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


Dated: September 29, 2009               /s/
                                        ODELL GROOMS
                                        Special Assistant U.S. Attorney




Dated: September 29, 2009               /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        PATRICIA A. CHATMAN
```

IT IS SO ORDERED.

The Stipulation is found as MOOT. The Motion for Summary Judgment has been filed as stipulated by the parties (Docket Item No. 22).

Dated:  November 5, 2009

HON. JAMES WARE
United States District Judge

STIPULATION AND ORDER

2