JOSEPH P. RUSSONIELLO
United States Attorney

LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
ODELL GROOMS, SBN DC 375945
Assistant Regional Counsel
U.S. Social Security Administration

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA A. CHATMAN, <br>     Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendant. | Case No. 5:08-cv-05535 JW RS <br><br> STIPULATION AND ORDER |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of thirty (30) days up through and including Monday, December 21, 2009 in which to file his Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment. This extension is necessitated as a result of the reassignment of a large number of cases in the Office of the Regional Chief Counsel, due to the departure of several senior attorneys, and a concomitant increase in the workload of the undersigned attorney

///

///

as well as leave for personal medical issues and medical issues involving an immediate family member.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: November 18, 2009   By: */s/ Odell Grooms*
                          ODELL GROOMS
                          Special Assistant U.S. Attorney

Dated: November 18, 2009   */s/ Harvey P. Sackett*
                          (via telephone authorization)
                          Attorney for Plaintiff

IT IS SO ORDERED.
The Stipulation is found as MOOT. The opposition to Plaintiff's Motion and Defendant's Cross Motion for Summary Judgment was filed on December 22, 2009. This is one day after the parties' stipulated date. No objections have been filed regarding the timeliness of the filings and the Court approves the one day delay. All other briefing remains the same.
Dated: January 4, 2010

_____
HON. JAMES WARE
United States District Judge

**CERTIFICATE OF SERVICE**

    I, hereby, certify that on November 18, 2009, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by that system.

    Executed on November 18, 2009 in San Francisco, California.

*/s/ Odell Grooms*
ODELL GROOMS
Special Assistant U.S. Attorney
Office of the Regional Chief Counsel
Social Security Administration
Attorney for Defendant