HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICIA A. CHATMAN, | ) Case No: C08-05535 JW RS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) FOUND AS MOOT |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Tuesday, January 19, 2010 in which to e-file her Response to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases (4) Plaintiff's counsel

1

STIPULATION AND ORDER

currently has before this district court and other district courts that also require briefing around this time.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 5, 2010

/s/
ODELL GROOMS
Special Assistant U.S. Attorney

Dated: January 5, 2010

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
PATRICIA A. CHATMAN

IT IS SO ORDERED.

The Stipulation is found as moot. The Plaintiff has filed her response prior to the stipulated deadline.

Dated: January 20, 2010

HON. JAMES WARE
United States District Judge