IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Patricia A. Chatman, | NO. C 08-05535 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Michael J. Astrue, | |
| Defendant. | |

Pursuant to the Court's December 20, 2010 Order Granting Plaintiff's Motion for Summary Judgment; Denying Defendant's Motion for Summary Judgment; Remanding Case for Further Consideration, judgment is entered in favor of Plaintiff Patricia A. Chatman against Defendant Michael J. Astrue, Commissioner of Social Security.

Plaintiff is awarded fees and costs.  See 42 U.S.C. § 406(b).

The Clerk shall close this file.

Dated: December 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Harvey Peter Sackett hps@hpspc.com
Odell Grooms Odell.Grooms@ssa.gov

**Dated:  December 20, 2010**                                    **Richard W. Wieking, Clerk**

                                                                 **By:       /s/ JW Chambers
                                                                         Elizabeth Garcia
                                                                         Courtroom Deputy**